IN THE UNITED STATE DISTRICT COURT

FOR THE DISTRICT OF ALASKA

LORA A. ASPIOTIS,                    )
                                     )
            Plaintiff,               )
                                     )
    vs.                              )
                                     )         A06-0002 CV (JKS)
SAFEWAY, INC., d/b/a                 )
CARRS QUALITY CENTER                 ) Case No. A06-     Civil (    )
                                     )
            Defendant.               )
_____)
Case No. 3AN-05-9354 Civil

### NOTICE OF REMOVAL OF CASE FROM
### STATE COURT (DISTRICT COURT NO. 3AN-05-9354 CIVIL)

TO THE DISTRICT COURT OF THE UNITED STATES, DISTRICT OF ALASKA, AND TO PLAINTIFF AND HER ATTORNEY OF RECORD:

PLEASE TAKE NOTICE that the defendant, Safeway, Inc., (hereinafter "Safeway, Inc.") contemporaneous with the filing of this Notice, is effectuating the removal of the above referenced action from the Superior Court of the State of Alaska, Third Judicial District, to the United States District Court for the District of Alaska. A true and correct copy of the Notice to District Court of Filing Notice of Removal filed in Case No. 3AN-05-9354 Civil, is attached hereto as Exhibit A. The removal is based on the following grounds:

1.      On or about July 1, 2005, there was filed in the District Court for the State of Alaska, Third Judicial District at Anchorage, the above entitled action, Case No. 3AN-05-9354 Civil.

DELANEY, WILES,
HAYES, GERETY,
ELLIS & YOUNG, INC.
SUITE 400
1007 WEST 3RD AVENUE
ANCHORAGE, ALASKA
(907) 279-3581

2.      Safeway first received notice of the complaint, by service of the summons and complaint on or about December 15, 2005.  A true and correct copy of this complaint is attached hereto as Exhibit B, and is incorporated by reference herein as though fully set forth.

3.      The United States District Court has jurisdiction over the district court action in this matter, pursuant to 28 U.S.C. § 1332 as one that may be removed under 28 U.S.C. § 1441(a) based on diversity of citizenship, and as meeting all jurisdictional requirements.

4.      This notice of removal is timely filed in that it is filed within thirty days of receipt of a copy of the complaint by defendants, which sets out a claim for relief.

5.      Safeway, Inc. is a corporation organized under the laws of the state of Delaware with its principal place of business in Pleasanton, California.  Its corporate citizenship is California.

6.      Plaintiff is a citizen of Alaska.

7.      The complaint does not allege an amount of damages but on information and belief and based on the claims of injuries, including disability due to back injury and emotional distress, exceed $75,000, thus meeting the jurisdictional requirements of 28 U.S.C. § 1332(a).

Dated at Anchorage, Alaska this _____ day of January, 2006.

DELANEY, WILES, HAYES
GERETY, ELLIS & YOUNG, INC.
Attorneys for defendant

_____
Cynthia L. Ducey
ASBA# 8310161

DELANEY, WILES,
HAYES, GERETY,
ELLIS & YOUNG, INC.
SUITE 400
1007 WEST 3RD AVENUE
ANCHORAGE, ALASKA
(907) 279-3581

**NOTICE OF REMOVAL OF CASE FROM STATE COURT (SUPERIOR COURT NO. 3AN-05-9354 CI)**
*Aspiotis v. Safeway, Inc.,* Case No. A06-_____    Page 2 of 3

On behalf of Safeway, Inc., it consents to removal of this case.

Dated:  _1-4-2006_

Arthur Levine
Risk Management
Seattle Division
Safeway, Inc.

**Certificate of Service**

On this _4th_ day of January,
2006, I caused to be mailed
by the U.S. Postal Service a copy
of this document upon:

Charles W. Coe
805 West 3rd Avenue, Suite 100
Anchorage, AK 99501

711998

IN THE DISTRICT COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

LORA A. ASPIOTIS,                          )
                                           )
                Plaintiff,                 )
                                           )
        vs.                                )
                                           )
SAFEWAY, INC., d/b/a CARRS                  )
QUALITY CENTERS,                           )
                                           )
                Defendant.                 )
_____ )   Case No. 3AN-05-9354 Civil

## NOTICE TO DISTRICT COURT OF FILING NOTICE OF REMOVAL

TO: CLERK OF COURT

        PLEASE TAKE NOTICE that on January 4, 2006, the defendant, Safeway, Inc.

(hereinafter "Safeway, Inc.") named as defendant in the complaint in this action, filed in the

United States District Court for the District of Alaska, at Anchorage, Alaska its notice of removal

from state court, and that a copy of said notice of removal is on file with the above captioned

court.

        PLEASE TAKE FURTHER NOTICE that pursuant to 28 U.S.C. § 1446(d), the filing of

said notice of removal in the United States District Court, together with a filing of a copy of said

notice with this court, effects the removal of this action and the above captioned court may

proceed no further, unless and until the case is remanded.

        A copy of the notice of removal being filed concurrently in the United States District for

the District of Alaska is attached hereto.

ELANEY, WILES,
IAYES, GERETY,
JS & YOUNG, INC.
SUITE 400
07 WEST 3rd AVENUE
CHORAGE, ALASKA
(907) 279-3581

EXHIBIT ____
1    5

Dated at Anchorage, Alaska this ___4___ day of January, 2006.

DELANEY, WILES, HAYES
GERETY, ELLIS & YOUNG, INC.
Attorneys for defendant


Cynthia L. Ducey
ASBA# 8310161


**Certificate of Service**

On this 4ᵗʰ day of January,
2006, I caused to be mailed
by the U.S. Postal Service a copy
of this document upon:

Charles W Coe
805 West 3rd Avenue, Suite 100
Anchorage, AK 99501


12156

DELANEY, WILES,
HAYES, GERETY,
LIS & YOUNG, INC.
SUITE 400
07 WEST 3RD AVENUE
NCHORAGE, ALASKA
(907) 279-3581

Notice to District Court of Filing Notice of Removal
*Aspiotis v. Safeway, Inc.*, Case No. 3AN-05-9354 Civil
Page 2 of 2



IN THE UNITED STATE DISTRICT COURT

FOR THE DISTRICT OF ALASKA

LORA A. ASPIOTIS,                    )
                                     )
            Plaintiff,               )
                                     )
    vs.                              )
                                     )
SAFEWAY, INC., d/b/a                 )
CARRS QUALITY CENTER                 ) Case No. A06-      Civil (    )
                                     )
            Defendant.               )
_____)

Case No. 3AN-05-9354 Civil

### NOTICE OF REMOVAL OF CASE FROM
### STATE COURT (DISTRICT COURT NO. 3AN-05-9354 CIVIL)

TO THE DISTRICT COURT OF THE UNITED STATES, DISTRICT OF ALASKA, AND TO PLAINTIFF AND HER ATTORNEY OF RECORD:

PLEASE TAKE NOTICE that the defendant, Safeway, Inc., (hereinafter "Safeway, Inc.") contemporaneous with the filing of this Notice, is effectuating the removal of the above referenced action from the Superior Court of the State of Alaska, Third Judicial District, to the United States District Court for the District of Alaska. A true and correct copy of the Notice to District Court of Filing Notice of Removal filed in Case No. 3AN-05-9354 Civil, is attached hereto as Exhibit A. The removal is based on the following grounds:

1.      On or about July 1, 2005, there was filed in the District Court for the State of Alaska, Third Judicial District at Anchorage, the above entitled action, Case No. 3AN-05-9354 Civil.

LANEY, WILES,
YES, GERETY,
& YOUNG, INC.
SUITE 400
WEST 3RD AVENUE
HORAGE, ALASKA
07) 279-3581

EXHIBIT A

2.    Safeway first received notice of the complaint, by service of the summons and complaint on or about December 15, 2005. A true and correct copy of this complaint is attached hereto as Exhibit B, and is incorporated by reference herein as though fully set forth.

3.    The United States District Court has jurisdiction over the district court action in this matter, pursuant to 28 U.S.C. § 1332 as one that may be removed under 28 U.S.C. § 1441(a) based on diversity of citizenship, and as meeting all jurisdictional requirements.

4.    This notice of removal is timely filed in that it is filed within thirty days of receipt of a copy of the complaint by defendants, which sets out a claim for relief.

5.    Safeway, Inc. is a corporation organized under the laws of the state of Delaware with its principal place of business in Pleasanton, California. Its corporate citizenship is California.

6.    Plaintiff is a citizen of Alaska.

7.    The complaint does not allege an amount of damages but on information and belief and based on the claims of injuries, including disability due to back injury and emotional distress, exceed $75,000, thus meeting the jurisdictional requirements of 28 U.S.C. § 1332(a).

Dated at Anchorage, Alaska this ___4___ day of January, 2006.

DELANEY, WILES, HAYES
GERETY, ELLIS & YOUNG, INC.
Attorneys for defendant

Cynthia Ducey
Cynthia L. Ducey
ASBA# 8310161

ANEY, WILES,
ES, GERETY,
& YOUNG, INC.
SUITE 400
EST 3RD AVENUE
ORAGE, ALASKA
7) 279-3581

EXHIBIT ___A___
___4___

**NOTICE OF REMOVAL OF CASE FROM STATE COURT (SUPERIOR COURT NO. 3AN-05-9354 CI)**
*Aspiotis v. Safeway, Inc.*, Case No. A06-_____                                          Page 2 of 3

**Certificate of Service**

On this _____ day of January,
2006, I caused to be mailed
by the U.S. Postal Service a copy
of this document upon:

Charles W. Coe
805 West 3rd Avenue, Suite 100
Anchorage, AK 99501

111998

ANEY, WILES,
'ES, GERETY,
& YOUNG, INC.
SUITE 400
WEST 3RD AVENUE
IORAGE, ALASKA
D7) 279-3581

EXHIBIT _____

NOTICE OF REMOVAL OF CASE FROM STATE COURT (SUPERIOR COURT NO. 3AN-05-9354 CI)
*Aspiotis v. Safeway, Inc.*, Case No. A06-_____          Page 3 of 3

IN THE DISTRICT COURT FOR THE STATE OF ALASKA
THIRD JUDICIAL DISTRICT

LORA A. ASPIOTIS,                          )
                                           )
                    Plaintiff,             )
                                           )
vs.                                        )
                                           )
SAFEWAY, INC., d/b/a CARRS                 )
QUALITY CENTERS,                           )
                                           )
                    Defendant.             )
_____)  CASE NO. 3AN-05-_9354_ CI

## COMPLAINT

COMES NOW, the plaintiff, LORA A. ASPIOTIS, by and through her attorney, CHARLES W. COE, to state and allege the following as her cause of action for this complaint:

I.

Plaintiff, Lora A. Aspiotis, was residing in Anchorage, Alaska at the time of the incident alleged in this complaint.

II

Defendant, Safeway, Inc., is a corporation authorized to do business in the state of Alaska doing business as Carrs Quality Centers. Safeway Inc., owns and operates a store located on Boniface and DeBarr Road, in Anchorage, Alaska.

III

All events relevant to the cause of action of this complaint occurred in the state of Alaska.

CHARLES W. COE
ATTORNEY AT LAW
805 W. 3RD AVENUE, SUITE 100
ANCHORAGE, ALASKA 99501
(907) 276-6173

EXHIBIT ___B___
Page __1__ of __4__

## IV

On or about August 3, 2003, plaintiff was walking out of the defendant's Eastgate Carrs Store when she fell on a broken section of sidewalk and curb next to the store leading to the parking lot. Plaintiff was carrying her developmentally disabled son and groceries at the time and was unaware of the broken sidewalk/curb. As a result of this fall, plaintiff incurred damages set forth in paragraph X of this complaint.

## V

### FIRST CAUSE OF ACTION

Plaintiff hereby realleges and incorporates paragraph I through V of this complaint into this First Cause of Action.

## VI

Defendant owed a duty to keep its sidewalks/curbs in good repair and clear of obstacles (such as broken sections of concrete), and in a safe condition free from hazards, as well as to warn users of the store of potential hazards. Defendant breached this duty by failing to provide a warning of this condition, in failing to fix this area, in failing to properly correct the hazard, by failing to respond to the complaints by other individuals, by failing to inspect, monitor, maintain and correct this safety hazard, and by knowingly failing to repair a defective walkway used by customers using their store.

## VII

As a result of the defendant's negligence in breaching this duty, the plaintiff fell and incurred the damages/injuries set forth in paragraph X of this complaint.

CHARLES W. COE
ATTORNEY AT LAW
805 W. 3RD AVENUE, SUITE 100
ANCHORAGE, ALASKA 99501
(907) 276-6173

2

EXHIBIT B
Page 2 of 4

## VIII

### SECOND CAUSE OF ACTION

Plaintiff hereby realleges and incorporates paragraph I through VII of this complaint into this Second Cause of Action.

### IX

Defendant was negligent per se in that the acts and omissions violated their own standards for maintenance and inspection of their store. As a result of this negligence per se, plaintiff incurred injuries set forth in paragraph X of this complaint.

### X

As a direct and proximate result of defendant's acts and omissions, plaintiff suffered the following injuries and damages:

1. Injuries to her back, and spine;

2. Medical expenses;

3. Disabilities and loss of full function of the body;

4. Past, present, and future physical and emotional pain and suffering;

5. Loss of full enjoyment of life; and

6. Other damages to be proven at trial.

WHEREFORE, plaintiff prays for judgment in her favor against the defendants for the following:

a. Compensatory damages to be proven at trial in a sum within the jurisdiction of the district court;;

CHARLES W. COE
ATTORNEY AT LAW
805 W. 3RD AVENUE, SUITE 100
ANCHORAGE, ALASKA 99501
(907) 276-6173

3

EXHIBIT B
Page 3 of 4