IN THE UNITED STATE DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LORA A. ASPIOTIS, | ) |
| Plaintiff, | ) |
| vs. | ) |
| SAFEWAY, INC., d/b/a CARRS QUALITY CENTER | ) Case No. A06-   Civil (   ) |
| Defendant. | ) |

A06-0002 CV (JKS)

Case No. 3AN-05-9354 Civil

## ENTRY OF APPEARANCE

The law firm of DELANEY, WILES, HAYES, GERETY, ELLIS & YOUNG, INC., hereby enters its appearance as attorneys of record for defendant Safeway, Inc., in the above-entitled action, and requests that copies of all pleadings filed in this action be served upon them at 1007 West Third Avenue, Suite 400, Anchorage, Alaska, 99501.

Dated at Anchorage, Alaska this ___4___ day of January, 2006.

DELANEY, WILES, HAYES
GERETY, ELLIS & YOUNG, INC.
Attorneys for defendant

*Cynthia Ducey*
Cynthia L. Ducey
ASBA# 8310161

DELANEY, WILES,
HAYES, GERETY,
ELLIS & YOUNG, INC.
SUITE 400
1007 WEST 3RD AVENUE
ANCHORAGE, ALASKA
(907) 279-3581

**Certificate of Service**

On this ___4th___ day of January, 2006, I caused to be mailed by the U.S. Postal Service a copy of this document upon:

Charles W. Coe
805 West 3rd Avenue, Suite 100
Anchorage, AK 99501

_[signature]_
12147

DELANEY, WILES,
HAYES, GERETY,
ELLIS & YOUNG, INC.
SUITE 400
1007 WEST 3RD AVENUE
ANCHORAGE, ALASKA
(907) 279-3581

2