IN THE UNITED STATE DISTRICT COURT

FOR THE DISTRICT OF ALASKA

LORA A. ASPIOTIS, )
  )
      Plaintiff, )
  )
vs. )
  )  A06-0002 cv (JKS)
SAFEWAY, INC., d/b/a )
CARRS QUALITY CENTER ) Case No. A06-     Civil (     )
  )
      Defendant. )
_____)

Case No. 3AN-05-9354 Civil

## ANSWER TO COMPLAINT

Safeway, Inc., answers plaintiff's complaint as follows:

1.    The allegations in paragraph 1 are admitted.

2.    It is admitted that defendant Safeway, Inc. is a corporation organized under the laws of the state of Delaware, with its principal place of business in Pleasanton, California and does business in Alaska as Carrs Quality Center. It is further admitted that Safeway, Inc. owns and operates a store located on Boniface and DeBarr Road in Anchorage. The remaining allegations in paragraph 2 are denied.

3.    Defendant is without sufficient information or belief to admit or deny the allegations in paragraph 3 and deny same.

4.    Defendant is without sufficient information or belief to admit or deny the allegations in paragraph 4 and deny same.

5.    The allegations in paragraph 5 merely reallege prior allegations and therefore the prior answers are incorporated herein as though fully set forth.

6.    The allegations in paragraph 6 are denied.

DELANEY, WILES,
HAYES, GERETY,
ELLIS & YOUNG, INC.
SUITE 400
1007 WEST 3RD AVENUE
ANCHORAGE, ALASKA
(907) 279-3581

7. The allegations in paragraph 7 are denied.

8. The allegations in paragraph 8 merely reallege prior allegations and therefore the prior answers are incorporated herein as though fully set forth.

9. The allegations in paragraph 9 are denied.

10. The allegations in paragraph 10 including X (1-6), are denied.

## AFFIRMATIVE DEFENSES

Defendant sets forth the following affirmative defenses, without in anyway admitting the allegations which have been previously denied above.

1. The complaint, in whole or in part, fails to state a claim upon which relief may be granted.

2. The statutory cap on non-economic damages set forth in AS 09.17.010 applies to limit any recovery.

3. To the extent Plaintiff suffered any damages she failed to mitigate her damages.

4. To the extent Plaintiff suffered any damages it was due to her own fault, and her damages must be reduced in proportion to her comparative fault.

5. To the extent Plaintiff suffered any damages, recovery may be barred by AS 09.65.210.

6. To the extent Plaintiff suffered any damages, it was due to other causal factors, over which defendant had no duty or power to control.

7. To the extent Plaintiff suffered any damages, they were caused by the fault of third persons for whom Defendant is not responsible and to whom fault must be apportioned to pursuant to AS 09.17.080.

8. To the extent Plaintiff suffered any damages that were caused by an independent

DELANEY, WILES,
HAYES, GERETY,
ELLIS & YOUNG, INC.
SUITE 400
1007 WEST 3RD AVENUE
ANCHORAGE, ALASKA
(907) 279-3581

3

intervening and/or superseding act or conduct on the part of someone else, Defendant has no liability.

9. Plaintiff's claims are barred by the principles of waiver and estoppel.

10. Plaintiff's claims are barred by the statute of limitations.

11. Defendant reserves the right to assert other affirmative defenses that become known through the course of discovery.

WHEREFORE, defendant prays for relief as follows:

1. That plaintiff take nothing for her suit and judgment be entered in favor of defendant against plaintiff.

2. That defendant recover its actual costs and fees incurred for having to appear and defend against this lawsuit.

3. For such other relief as the court deems just and equitable under the circumstances.

Dated at Anchorage, Alaska this ___4___ day of January, 2006.

DELANEY, WILES, HAYES
GERETY, ELLIS & YOUNG, INC.
Attorneys for defendant

*Cynthia Ducey*
Cynthia L. Ducey
ASBA# 8310161

**Certificate of Service**

On this ___4th___ day of January, 2006, I caused to be mailed by the U.S. Postal Service a copy of this document upon:

Charles W. Coe
805 West 3rd Avenue, Suite 100
Anchorage, AK 99501

_____
12161

DELANEY, WILES,
HAYES, GERETY,
ELLIS & YOUNG, INC.
SUITE 400
1007 WEST 3RD AVENUE
ANCHORAGE, ALASKA
(907) 279-3581

3