IN THE UNITED STATE DISTRICT COURT

FOR THE DISTRICT OF ALASKA

LORA A. ASPIOTIS, )
)
      Plaintiff, )
)
vs. )
)
SAFEWAY, INC., d/b/a )
CARRS QUALITY CENTER ) Case No. A06-   Civil (   )
)
      Defendant. )
)

A06-0002 CV (JKS)

Case No. 3AN-05-9354 Civil

**DEMAND FOR JURY TRIAL**

Defendant Safeway, Inc., by and through counsel, herein requests a jury trial on all triable issues.

Dated at Anchorage, Alaska this __4__ day of January, 2006.

                DELANEY, WILES, HAYES
                GERETY, ELLIS & YOUNG, INC.
                Attorneys for defendant

                Cynthia L. Ducey
                ASBA# 8310161

**Certificate of Service**

On this __4th__ day of January, 2006, I caused to be mailed by the U.S. Postal Service a copy of this document upon:

Charles W. Coe
805 West 3rd Avenue, Suite 100
Anchorage, AK 99501

12148

DELANEY, WILES,
HAYES, GERETY,
ELLIS & YOUNG, INC.
SUITE 400
1007 WEST 3RD AVENUE
ANCHORAGE, ALASKA
(907) 279-3581