IN THE UNITED STATE DISTRICT COURT

FOR THE DISTRICT OF ALASKA

LORA A. ASPIOTIS, )
)
        Plaintiff, )
)
vs. )
) A06-0002 CV (JKS)
SAFEWAY, INC., d/b/a )
CARRS QUALITY CENTER ) Case No. A06-    Civil (   )
)
        Defendant. )
_____)

Case No. 3AN-05-9354 Civil

**NOTICE OF COMPLETE SERVICE LIST**

1.     PLAINTIFF:

Charles Coe
805 W. 3rd Avenue, Suite 100
Anchorage, Alaska 99501
Phone 276-6173
Fax  279-1884

2.     DEFENDANT:

Cynthia L. Ducey
Delaney, Wiles, Hayes, Gerety, Ellis
& Young, Inc.
1007 West 3rd Avenue, Suite 400
Anchorage, Alaska 99501
Phone 279-3581
Fax     277-1331

      Dated at Anchorage, Alaska this __4__ day of January, 2006.

                           DELANEY, WILES, HAYES
                           GERETY, ELLIS & YOUNG, INC.
                           Attorneys for defendant

                           Cynthia L. Ducey
                           ASBA# 8310161

DELANEY, WILES,
HAYES, GERETY,
ELLIS & YOUNG, INC.
SUITE 400
1007 WEST 3RD AVENUE
ANCHORAGE, ALASKA
(907) 279-3581

**Certificate of Service**

On this _4th_ day of January, 2006, I caused to be mailed by the U.S. Postal Service a copy of this document upon:

Charles W. Coe
805 West 3rd Avenue, Suite 100
Anchorage, AK 99501

_(signature)_
412152

DELANEY, WILES,
HAYES, GERETY,
ELLIS & YOUNG, INC.
SUITE 400
1007 WEST 3RD AVENUE
ANCHORAGE, ALASKA
(907) 279-3581