IN THE UNITED STATE DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LORA A. ASPIOTIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| SAFEWAY, INC., d/b/a | ) A06-0002 CV (JKS) |
| CARRS QUALITY CENTER | ) Case No. A06-      Civil (   ) |
| | ) |
| Defendant. | ) |
| | ) |

Case No. 3AN-05-9354 Civil

**NOTICE OF COMPLIANCE PURSUANT TO 28 U.S.C. § 1446(a)**

On January 4, 2006, defendant Safeway, Inc. provided a copy of all documents to the United States District Court, for the District of Alaska, which constitutes a complete copy of the Superior Court file, *Lora A. Aspiotis v. Safeway, Inc.*, Case No. 3AN-05-9354 Civil. The documents are listed below:

**Superior Court File Index**

| No. | Date | Party | Title of Documents |
|---|---|---|---|
| 1. | 7-1-05 | plaintiff | complaint, summons |

Dated at Anchorage, Alaska this _CD 34_ day of January, 2006.

DELANEY, WILES, HAYES
GERETY, ELLIS & YOUNG, INC.
Attorneys for defendant

Cynthia L. Ducey
ASBA# 8310161

DELANEY, WILES,
HAYES, GERETY,
ELLIS & YOUNG, INC.
SUITE 400
1007 WEST 3RD AVENUE
ANCHORAGE, ALASKA
(907) 279-3581

**Certificate of Service**

On this _4th_ day of January, 2006, I caused to be mailed by the U.S. Postal Service a copy of this document upon:

Charles W. Coe
805 West 3rd Avenue, Suite 100
Anchorage, AK 99501

_[signature]_
112149

DELANEY, WILES,
HAYES, GERETY,
ELLIS & YOUNG, INC.
SUITE 400
1007 WEST 3RD AVENUE
ANCHORAGE, ALASKA
(907) 279-3581

IN THE DISTRICT COURT FOR THE STATE OF ALASKA
THIRD JUDICIAL DISTRICT

LORA A. ASPIOTIS, )
 )
        Plaintiff, )
 )
vs. )
 )
SAFEWAY, INC., d/b/a CARRS )
QUALITY CENTERS, )
 )
        Defendant. )
_____) CASE NO. 3AN-05-_9854_ CI

## COMPLAINT

COMES NOW, the plaintiff, LORA A. ASPIOTIS, by and through her attorney, CHARLES W. COE, to state and allege the following as her cause of action for this complaint:

I.

Plaintiff, Lora A. Aspiotis, was residing in Anchorage, Alaska at the time of the incident alleged in this complaint.

II

Defendant, Safeway, Inc., is a corporation authorized to do business in the state of Alaska doing business as Carrs Quality Centers. Safeway Inc., owns and operates a store located on Boniface and DeBarr Road, in Anchorage, Alaska.

III

All events relevant to the cause of action of this complaint occurred in the state of Alaska.

CHARLES W. COE
ATTORNEY AT LAW
805 W. 3RD AVENUE, SUITE 100
ANCHORAGE, ALASKA 99501
(907) 276-6173

### IV

On or about August 3, 2003, plaintiff was walking out of the defendant's Eastgate Carrs Store when she fell on a broken section of sidewalk and curb next to the store leading to the parking lot. Plaintiff was carrying her developmentally disabled son and groceries at the time and was unaware of the broken sidewalk/curb. As a result of this fall, plaintiff incurred damages set forth in paragraph X of this complaint.

### V

#### FIRST CAUSE OF ACTION

Plaintiff hereby realleges and incorporates paragraph I through V of this complaint into this First Cause of Action.

### VI

Defendant owed a duty to keep its sidewalks/curbs in good repair and clear of obstacles (such as broken sections of concrete), and in a safe condition free from hazards, as well as to warn users of the store of potential hazards. Defendant breached this duty by failing to provide a warning of this condition, in failing to fix this area, in failing to properly correct the hazard, by failing to respond to the complaints by other individuals, by failing to inspect, monitor, maintain and correct this safety hazard, and by knowingly failing to repair a defective walkway used by customers using their store.

### VII

As a result of the defendant's negligence in breaching this duty, the plaintiff fell and incurred the damages/injuries set forth in paragraph X of this complaint.

CHARLES W. COE
ATTORNEY AT LAW
805 W. 3RD AVENUE, SUITE 100
ANCHORAGE, ALASKA 99501
(907) 276-6173

2

## VIII

### SECOND CAUSE OF ACTION

Plaintiff hereby realleges and incorporates paragraph I through VII of this complaint into this Second Cause of Action.

## IX

Defendant was negligent per se in that the acts and omissions violated their own standards for maintenance and inspection of their store. As a result of this negligence per se, plaintiff incurred injuries set forth in paragraph X of this complaint.

## X

As a direct and proximate result of defendant's acts and omissions, plaintiff suffered the following injuries and damages:

1. Injuries to her back, and spine;
2. Medical expenses;
3. Disabilities and loss of full function of the body;
4. Past, present, and future physical and emotional pain and suffering;
5. Loss of full enjoyment of life; and
6. Other damages to be proven at trial.

WHEREFORE, plaintiff prays for judgment in her favor against the defendants for the following:

a. Compensatory damages to be proven at trial in a sum within the jurisdiction of the district court;;

CHARLES W. COE
ATTORNEY AT LAW
805 W. 3RD AVENUE, SUITE 100
ANCHORAGE, ALASKA 99501
(907) 276-6173

3

b.  For pre-judgment and post-judgment interest, costs, and attorney fees;

c.  For any other relief this court deems just and equitable.

DATED this 1st day of July, 2005.

CHARLES W. COE
Attorney for Plaintiff

*Charles W. Coe*

Charles W. Coe
ABA#7804002

## IN THE DISTRICT/SUPERIOR COURT FOR THE STATE OF ALASKA
## AT ANCHORAGE

| | |
|---|---|
| LORI A. ASPIOTIS, <br>                  Plaintiff(s), <br> vs. <br><br> SAFEWAY, INC., DBA CARRS QUALITY CENTERS    Defendant(s). | CASE NO. 3AN-05-9354 CI <br><br> **SUMMONS AND NOTICE TO BOTH PARTIES OF JUDICIAL ASSIGNMENT** |

To Defendant: **SAFEWAY INC DBA CARRS QUALITY CENTERS**

You are hereby summoned and required to file with the court a written answer to the complaint which accompanies this summons. Your answer must be filed with the court at 825 W. 4th Ave., Anchorage, Alaska 99501 within 20 days* after the day you receive this summons. In addition, a copy of your answer must be sent to the plaintiff's attorney, **CHARLES W. COE**, whose address is: **805 W 3rd AVE #100 ANCHORAGE AK 99501**.

If you fail to file your answer within the required time, a default judgment may be entered against you for the relief demanded in the complaint.

### NOTICE OF JUDICIAL ASSIGNMENT

TO: Plaintiff and Defendant

You are hereby given notice that:

☐ This case has been assigned to Superior Court Judge _____ and Master _____.

☒ This case has been assigned to District Court Judge **Murphy**.

CLERK OF COURT

**7/1/05**        By: _____
Date                                       Deputy Clerk

I certify that on **7/1/05** a copy of this Summons was ☐ mailed ☒ given to ☐ plaintiff ☒ plaintiff's counsel along with a copy of the ☐ Domestic Relations Procedural Order ☐ Civil Pre-Trial Order to serve on the defendant with the summons.
Deputy Clerk _____

* The State or a state officer or agency named as a defendant has 40 days to file its answer.

CIV-100 ANCH (9/02)(st.3)                                  Civil Rules 4, 5, 12, 42(c), 55
SUMMONS