IN THE UNITED STATE DISTRICT COURT

FOR THE DISTRICT OF ALASKA

LORA A. ASPIOTIS, )
)
    Plaintiff, )
)
vs. )
)
SAFEWAY, INC., d/b/a ) A06- 0002 cv (JKS)
CARRS QUALITY CENTER ) Case No. A06-    Civil (   )
)
    Defendant. )
_____)

Case No. 3AN-05-9354 Civil

**RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to FCRP 7.1 Safeway is not owned by any parent corporation, or any publicly held corporation which owns 10% or more of its stock.

Dated at Anchorage, Alaska this ___4___ day of January, 2006.

    DELANEY, WILES, HAYES
    GERETY, ELLIS & YOUNG, INC.
    Attorneys for defendant

    *Cynthia Ducey*
    Cynthia L. Ducey
    ASBA# 8310161

**Certificate of Service**

On this __4th__ day of January, 2006, I caused to be mailed by the U.S. Postal Service a copy of this document upon:

Charles W. Coe
805 West 3rd Avenue, Suite 100
Anchorage, AK 99501

_____
7149

DELANEY, WILES,
HAYES, GERETY,
ELLIS & YOUNG, INC.
SUITE 400
1007 WEST 3RD AVENUE
ANCHORAGE, ALASKA
(907) 279-3581