Cynthia L. Ducey
Delaney Wiles, Inc.
1007 West 3rd Avenue, Suite 400
Anchorage, Alaska 99501
Phone (907) 279-3581
Fax (907) 277-1331
cld@delaneywiles.com

Attorney for defendant Safeway, Inc.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| LORA A. ASPIOTIS | ) | |
| | ) | |
| Plaintiff(s) | ) | Case No. 3:06-CV-02-002-TMB |
| vs. | ) | |
| | ) | |
| SAFEWAY, INC., | ) | |
| | ) | |
| Defendant(s) | ) | SCHEDULING AND PLANNING |
| | ) | CONFERENCE REPORT |
| _____ | ) | |

1.   **Meeting**. In accordance with F.R.Civ.P. 26(f), a meeting was held by submission of proposed dates by fax and mail in February 2006, and was attended by:

       Charles E. Coe     attorney for plaintiff Lora A. Aspiotis

       Cynthia L. Ducey    attorney for defendant Safeway, Inc.

The parties recommend the following:

2.   **Pre-Discovery Disclosures**. The information required by F.R.Civ.P. 26(a)(1):

       have been exchanged by the parties

    XX    will be exchanged by the parties by **March 30, 2006**

    Proposed changes to disclosure requirements: (*Insert proposed changes, if any*)

    Preliminary witness lists

        have been exchanged by the parties

    XX    will be exchanged by the parties by **April 14, 2006**

3.    **Contested Issues of Fact and Law**. Preliminarily, the parties expect the following issues of fact and/or law to be presented to the court at trial in this matter:

    Liability, causation, damages, affirmative defenses

4.    **Discovery Plan**. The parties jointly propose to the court the following discovery plan.

    A. Discovery will be needed on the following issues:

    Source of Lora Aspiotis' impairment, evaluation of damages and other issues. See No. 3 above.

    B. All discovery commenced in time to be completed by **May 1, 2007.**

    C. Limitations on Discovery.

    1.    Interrogatories

    XX    No change from F.R.Civ.P. 33(a)

       Maximum of _____ by each party to any other party.

Responses due in _____ days.

2. Requests for Admissions.

XX   No change from F.R.Civ.P. 36(a).

       Maximum of _____ requests.

Responses due in _____ days.

3. Depositions.

XX   No change from F.R.Civ.P. 36(a), (d).

       Maximum of _____ depositions by each party.

       Depositions not to exceed _____ hours unless agreed to by all parties.

D. Reports from retained experts.

Not later than 90 days before the close of discovery subject to F.R.Civ.P 26(a)(2)(C) and as set out below:

XX   Reports due:

From plaintiff **January 30, 2007**   From defendant **March 1, 2007**
Rebuttal – **April 1, 2007**

  E. Supplementation of disclosures and discovery responses are to be made:

    Periodically at 60-day intervals from the entry of scheduling and planning order.

  XX As new information is acquired, but not later than 60 days before the close of discovery.

 F. A final witness list, disclosing all lay and expert witnesses whom a party may wish to call at trial, will be due:

  XX 45 days prior to the close of discovery.

  Not later than (*insert date*)

5. **Pretrial Motions**.

  XX No change from D.Ak. LR 16.1(c).

 The following changes to D.Ak. LR 16.1(c). [Check and complete all that apply]

  Motions to amend pleadings or add parties to be filed not later than (<u>*insert date*</u>).

  Motions under the discovery rules must be filed not later than (*insert date*).

  Motions in limine and dispositive motions must be filed not later than (*insert date*).

6. **Other Provisions**:

    A.    XX    The parties do not request a conference with the court before the entry of the scheduling order.

        The parties request a scheduling conference with the court on the following issue(s):

(*Insert issues on which a conference is requested*)

    B.    Alternative Dispute Resolution.  [D.Ak. LR 16.2]

        This matter is not considered a candidate for court-annexed alternative dispute resolution.

    XX    The parties will file a request for alternative dispute resolution not later than (*insert date*).

        Mediation        Early Neutral Evaluation

    C.    The parties do not consent to trial before a magistrate judge.

    D.    Compliance with the Disclosure Requirements of F.R.Civ.P. 7.1

    XX    All parties have complied        Compliance not required by any party

7. **Trial**.

    A.    The matter will be ready for trial:

    XX    45 days after the discovery close date.

           not later than (*insert date*).

    B.    This matter is expected to take 6 days to try.

    C.    Jury Demanded    XX    Yes    No

           Right to jury trial disputed?    Yes    No    XX

           Law office of Charles W. Coe
           Attorney for Plaintiff Lora Aspiotis

Dated: 2-3-06           s/ Charles W. Coe
                          Charles W. Coe

                         Delaney, Wiles, Inc.
                         Attorney for defendant Safeway, Inc.

Dated: 2-3-06           s/Cynthia L. Ducey
                          Cynthia L. Ducey

Certificate of Service

I hereby certify that on February 3, 2006
a coy of the foregoing Scheduling and Planning
Conference Report was served electronically
on Charles W. Coe