CHARLES W. COE
805 W 3rd Avenue, Suite #100
Anchorage, Alaska 99501
Phone (907) 276-6173
Fax (907) 279-1884
charlielaw@gci.net

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LORA A. ASPIOTIS, </br></br> Plaintiff, </br></br> vs. </br></br> SAFEWAY, INC., d/b/a CARRS QUALITY CENTERS, </br></br> Defendant. </br>_____ | ) </br> ) </br> ) Case No. 3:06-CV-02-002 -TMB </br> ) </br> ) </br> ) **MOTION TO REMAND CASE** </br> ) **TO THE DISTRICT COURT** </br> ) **FOR THE STATE OF ALASKA** </br> ) </br> ) </br> ) |

COMES NOW, the plaintiff, LORA A. ASPIOTIS, by and through her attorney, CHARLES W. COE, who hereby moves to remand the above case to the District Court for the Third Judicial District of Alaska.  The basis for this remand is the U.S. District Court does not have jurisdiction over this matter pursuant to 28 U.S.C.A. 85§1332(a).  This is a case that is within the jurisdiction of the District Court for the State of Alaska since it is not within the monetary limits of the U.S. District Court.

  This motion to remand is supported by the attached Memorandum of Law and Affidavit of Lora A. Aspiotis.

  DATED this 14th day of February, 2006.

            CHARLES W. COE
            Attorney for Plaintiff


            _____
            Charles W. Coe
            ABA#7804002

I certify that on February 16, 2006, a copy of the foregoing Motion to Remand Case to District Court was served electronically upon:

Cynthia L. Ducey
Delaney, Wiles, Inc.