This motion to remand is supported by the attached Memorandum of Law and Affidavit of Lora A. Aspiotis.

    DATED this 14th day of February, 2006.

                                   CHARLES W. COE
                                   Attorney for Plaintiff

                                   /s/

                                 _____
                                 Charles W. Coe
                                 ABA#7804002

I certify that on February 16, 2006, a copy of the foregoing Motion to Remand Case to District Court was served electronically upon:

Cynthia L. Ducey
Delaney, Wiles, Inc.