only exists in Alaska. The Eastgate Carrs store has been a fixture in Muldoon for several decades. In this case there exists commonality of citizenship which should act to prevent diversity. Although, Walmart has a practice of removing cases to federal court in hopes of finding a favorable forum, Carrs has traditionally handled their disputes in state courts. It is unclear why they removed this action to this court other than for tactical purposes. However, this is a case without diversity involving a broken sidewalk/curb at a local Anchorage store. In this case diversity does not truly or practically exist and the matter is a smaller case meant to be handled in state district court where it was filed.

**Conclusion**

This is a case which should be handled in state district court. It does not have a value or diversity to proceed in federal court, subject to the federal rules and procedures.

DATED this 14th day of February, 2006.

CHARLES W. COE
Attorney for Plaintiff

/s/

_____
Charles W. Coe
ABA#7804002