CHARLES W. COE
805 W 3rd Avenue, Suite #100
Anchorage, Alaska 99501
Phone (907) 276-6173
Fax (907) 279-1884
charlielaw@gci.net

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LORA A. ASPIOTIS, | ) |
| | ) |
| Plaintiff, | ) Case No. 2:06-CV-02-002 -TMB |
| | ) **AFFIDAVIT OF LORA A.** |
| vs. | ) **ASPIOTIS IN SUPPORT OF** |
| | ) **MOTION TO REMAND CASE** |
| SAFEWAY, INC., d/b/a CARRS | ) **TO THE DISTRICT COURT** |
| QUALITY CENTERS, | ) **FOR THE STATE OF ALASKA** |
| | ) |
| Defendant. | ) |
| _____ | ) |
| | |
| STATE OF ALASKA | ) |
| | ) ss: |
| THIRD JUDICIAL DISTRICT | ) |

LORA A. ASPIOTIS, being first duly sworn, deposes and states as follows:

1. I am the plaintiff in the above-captioned case.

2. I am a resident of the state of Alaska and was a resident at the time I fell at Carrs.