3. I was not working at the time I fell and do not have a claim for lost wages. My medical bills are limited to bills from Dr. Ross, D.C. I have not received medical care related to my fall since I was released by Dr. Ross.

4. I agree with my attorney's argument in this case that my total damages are under $50,000 and that my case should be heard before the district court for the state of Alaska.

DATED this 14th day of February, 2006.

_____
Lora A. Aspiotis

SUBSCRIBED AND SWORN to before me this 14th day of February, 2006.

_____
Notary Public in and for Alaska
My Commission Expires: 11-16-09

I certify that on February 14, 2006,
a copy of the foregoing Motion to
Remand Case to District Court was
served electronically upon:

Cynthia L. Ducey
Delaney, Wiles, Inc.



Aspiotis v. Safeway
Case No. 3:06-CV-02-002-TMB
Affidavit of Aspiotis
Page 2 of 2

EXHIBIT No 2 -
pp 2