CHARLES W. COE
805 W 3rd Avenue, Suite #100
Anchorage, Alaska 99501
Phone (907) 276-6173
Fax (907) 279-1884
charlielaw@gci.net

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LORA A. ASPIOTIS, ) | |
| ) | |
| Plaintiff, ) | Case No. 3:06-CV-02-002 -TMB |
| ) | |
| vs. ) | **ERRATA TO THE** |
| ) | **MOTION TO REMAND CASE** |
| SAFEWAY, INC., d/b/a CARRS ) | **TO THE DISTRICT COURT** |
| QUALITY CENTERS, ) | **FOR THE STATE OF ALASKA** |
| ) | |
| Defendant. ) | |
| _____) | |

   COMES NOW, the plaintiff, LORA A. ASPIOTIS, by and through her

attorney, CHARLES W. COE, who hereby notifies the court that Exhibit No. 1 and

the Proposed Order were inadvertently left off of the Motion to Remand, Docket No.

13, dated February 16, 2006.  Theses documents are attached to this Errata.    This

motion to remand is supported by the attached Memorandum of Law and Affidavit of Lora A. Aspiotis.

DATED this 17th day of February, 2006.

                                              CHARLES W. COE
                                              Attorney for Plaintiff

                                                        /s/

                                           _____
                                             Charles W. Coe
                                             ABA#7804002

I certify that on February 17, 2006, a copy of the foregoing Motion to Remand Case to District Court was served electronically upon:

Cynthia L. Ducey
Delaney, Wiles, Inc.