CHARLES W. COE
805 W 3rd Avenue, Suite #100
Anchorage, Alaska 99501
Phone (907) 276-6173
Fax (907) 279-1884
charlielaw@gci.net

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LORA A. ASPIOTIS, | ) |
| | ) |
| Plaintiff, | ) Case No. 3:06-CV-02-002 -TMB |
| | ) |
| vs. | ) |
| | ) **PROPOSED ORDER** |
| SAFEWAY, INC., d/b/a CARRS | ) |
| QUALITY CENTERS, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

IT IS HEREBY ORDERED that

The above-captioned case is remanded back to the District Court for the State of Alaska.

DATED this _____ day of _____, 2006.


_____
U.S. DISTRICT COURT JUDGE

Aspiotis v. Safeway
Case No. 3:06-CV-02-002-TMB
Proposed Order
Page 1 of 2

I certify that on February 16, 2006,
a copy of the foregoing Proposed
Order was served electronically upon:

Cynthia L. Ducey
Delaney, Wiles, Inc.