IN THE DISTRICT COURT FOR THE STATE OF ALASKA
THIRD JUDICIAL DISTRICT

| | |
|---|---|
| LORA A. ASPIOTIS, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) |
| SAFEWAY, INC., d/b/a CARRS QUALITY CENTERS, | ) ) ) |
| Defendant. | ) ) |
| _____ | ) CASE NO. 3AN-05-9354 CI |

**NOTICE OF ATTACHING SIGNED LAST PAGE OF MOTION TO REMAND, MEMORANDUM IN SUPPORT OF MOTION TO REMAND AND THE SIGNATURE PAGE OF THE AFFIDAVIT OF LORA A. ASPIOTIS**

COMES NOW, the plaintiff, LORA A. ASPIOTIS, by and through her attorney, CHARLES W. COE, who hereby gives notice of filing signed last pages for the Motion to Remand, Memorandum in Support of Motion to Remand, and the signature page for the Affidavit of Lora A. Aspiotis filed on February 16, 2006.

DATED this 16th day of February, 2006.

                                                        CHARLES W. COE
                                                        Attorney for Plaintiff

                                                        /s/

                                                        _____
                                                        Charles W. Coe
                                                        ABA#7804002

I certify that on February 16, 2006,
a copy of the Notice of Filing Signed
Signature pages was electronically served upon

Cynthia L. Ducey
Delaney, Wiles, Inc.

Aspiotis v. Safeway  
Case No. 3AN-05-9354 CI  
Notice of Filing

Page 2 of 2