Cynthia L. Ducey
Delaney Wiles, Inc.
1007 West 3rd Avenue, Suite 400
Anchorage, AK 99501
Phone (907) 279-3581
Fax (907) 277-1331
cld@delaneywiles.com

Attorneys for defendant, Safeway, Inc.

IN THE UNITED STATE DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LORA A. ASPIOTIS, | ) |
| Plaintiff, | ) |
| vs. | ) |
| SAFEWAY, INC., d/b/a CARRS QUALITY CENTER | ) Case No. 3:06-CV-02-002-TMB |
| Defendant. | ) |

**CONDITIONAL NON-OPPOSITION TO MOTION TO REMAND**

Safeway, Inc. conditionally non-opposes the motion to remand the case to district court for failure to meet the jurisdictional limits. This non-opposition is conditioned on the plaintiff's counsel executing a stipulation that the case is worth no more than $75,000 and that he will not seek more than that amount on behalf of his client, and further conditioned on the case being remanded to Alaska District Court. A proposed stipulation is included. Safeway reserves the right to make substantive argument in opposition to the remand and requests additional time to do so if plaintiff fails to sign the stipulation.

DELANEY WILES, INC.
SUITE 400
1007 WEST 3RD AVENUE
ANCHORAGE, ALASKA
(907) 279-3581

Dated at Anchorage, Alaska this _24_ day of February, 2006.

DELANEY, WILES, HAYES
GERETY, ELLIS & YOUNG, INC.
Attorneys for defendant

_Cynthia Ducey_
Cynthia L. Ducey
ASBA# 8310161

**Certificate of Service**

On this _24th_ day of February, 2006, I caused to be served by electronic service a copy of this document upon:

Charles W. Coe
805 West 3rd Avenue, Suite 100
Anchorage, AK 99501

_signature_
14044

ELANEY WILES, INC.
SUITE 400
007 WEST 3RD AVENUE
NCHORAGE, ALASKA
(907) 279-3581

*Aspiotis v. Safeway, Inc.*, Case No. 3:06-CV-02-002 TMB
Conditional Non-Opposition to Motion to Remand

Page 2 of 2