Cynthia L. Ducey
Delaney Wiles, Inc.
1007 West 3rd Avenue, Suite 400
Anchorage, AK 99501
Phone (907) 279-3581
Fax (907) 277-1331
cld@delaneywiles.com

Attorneys for defendant, Safeway, Inc.

IN THE UNITED STATE DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LORA A. ASPIOTIS, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) |
| SAFEWAY, INC., d/b/a CARRS QUALITY CENTER | ) ) Case No. 3:06-CV-02-002-TMB ) |
| Defendant. | ) ) |

### STIPULATION

Plaintiff and defendant stipulate and agree as follows:

1. Safeway removed this case to Federal District Court; and

2. Plaintiff has moved to remand arguing the case does not meet the jurisdictional limits of the Federal District Court because the amount in controversy is less than $75,000.

Wherefore the parties stipulate and agree:

1. That the case will be remanded back to Alaska District Court and plaintiff will make no attempt to move the case to Alaska Superior Court.

2. Plaintiff agrees her damages are less than $75,000;

DELANEY WILES, INC.
SUITE 400
1007 WEST 3RD AVENUE
ANCHORAGE, ALASKA
(907) 279-3581

3.  Plaintiff agrees not to seek damages in excess of $75,000 or to accept them if so awarded by a fact finder; and

4.  In consideration of this agreement, Safeway agrees to remand this case back to Alaska District Court.

DELANEY, WILES, HAYES
GERETY, ELLIS & YOUNG, INC.
Attorneys for defendant

Dated: *February 24, 2006*    *Cynthia Ducey*
Cynthia L. Ducey, ASBA# 8310161

Charles W. Coe
Attorney for Plaintiff

Dated:_____    _____
Charles W. Coe

114050

ELANEY WILES, INC.
SUITE 400
007 WEST 3RD AVENUE
NCHORAGE, ALASKA
(907) 279-3581

*Aspiotis v. Safeway, Inc.*, Case No. 3:06-CV-02-002 TMB    Page 2 of 2
Conditional Non-Opposition to Motion to Remand   2