IN THE UNITED STATE DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LORA A. ASPIOTIS, | ) |
| Plaintiff, | ) |
| vs. | ) |
| SAFEWAY, INC., d/b/a CARRS QUALITY CENTER | ) Case No. 3:06-CV-02-002-TMB |
| Defendant. | ) |

**PROPOSED ORDER REGARDING STIPULATION**

This matter having come before the court on the parties' stipulation,

IT IS SO ORDERED, that the case will be remanded back to Alaska District Court and plaintiff will make no attempt to move the case to Alaska Superior Court; that Plaintiff agrees her damages are less than $75,000; Plaintiff agrees not to seek damages in excess of $75,000 or to accept them if so awarded by a fact finder.

Dated:_____          _____
                               Timothy M. Burgess
                               United States District Judge
114054

DELANEY WILES, INC.
SUITE 400
1007 WEST 3RD AVENUE
ANCHORAGE, ALASKA
(907) 279-3581