CHARLES W. COE
805 W 3rd Avenue, Suite #100
Anchorage, Alaska 99501
Phone (907) 276-6173
Fax (907) 279-1884
charlielaw@gci.net

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LORA A. ASPIOTIS, ) | |
| ) | |
| Plaintiff, ) | Case No. 3:06-CV-02-002 -TMB |
| ) | |
| vs. ) | |
| ) | **REPLY TO CONDITIONAL** |
| SAFEWAY, INC., d/b/a CARRS ) | **NON-OPPOSITION TO** |
| QUALITY CENTERS, ) | **MOTION TO REMAND** |
| ) | |
| Defendant. ) | |
| _____) | |

COMES NOW, the plaintiff, LORA A. ASPIOTIS, by and through her attorney, CHARLES W. COE, who hereby replies to the Conditional Non-Opposition to Motion to Remand. The plaintiff's counsel agrees that the case is worth no more than $75,000. Plaintiff has signed an affidavit indicating the value of the case is less than $75,000. Counsel has also signed a stipulation that his client will not seek more than that amount and agrees not to seek damages in excess of

$75,000 or to accept a greater sum if so awarded by the court or jury. The signed Stipulation is attached hereto.

DATED this 27th day of February, 2006.

          CHARLES W. COE
          Attorney for Plaintiff

          /s/ Charles W. Coe

          _____
          Charles W. Coe
          ABA#7804002

I certify that on February 27, 2006,
a copy of the foregoing Reply to
Conditional Non-Opposition to
Motion to Remand was
served electronically upon:

Cynthia L. Ducey
Delaney, Wiles, Inc.