3. Plaintiff agrees not to seek damages in excess of $75,000 or to accept them if so awarded by a fact finder; and

4. In consideration of this agreement, Safeway agrees to remand this case back to Alaska District Court.

                                      DELANEY, WILES, HAYES
                                      GERETY, ELLIS & YOUNG, INC.
                                      Attorneys for defendant

Dated: *February 24, 2006*      *Cynthia Ducey*
                                    Cynthia L. Ducey, ASBA# 8510161

                                      Charles W. Coe
                                      Attorney for Plaintiff

Dated: *2/27/06*                 *Charles W. Coe*
                                      Charles W. Coe

114050

DELANEY WILES, INC.
SUITE 400
007 WEST 3rd AVENUE
ANCHORAGE, ALASKA
(907) 279-3581

*Aspiotis v. Safeway, Inc.*, Case No. 3:06-CV-02-002 TMB          Page 2 of 2
Conditional Non-Opposition to Motion to Remand   2