MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA


*Aspiotis v. Safeway, Inc.*
Case No. 3:06-cv-0002-TMB


By:                THE HONORABLE TIMOTHY M. BURGESS


PROCEEDINGS:    ORDER FROM CHAMBERS

On July 1, 2005, Plaintiff filed suit in State court against Safeway, Inc. Safeway filed a Notice of Removal on the basis of the Court's diversity jurisdiction pursuant to 28 U.S.C. § 1441 and 28 U.S.C. § 1332. Docket No. 1. Plaintiff moved for remand, alleging that the amount in controversy requirement of 28 U.S.C. § 1332 was not met. Docket No. 13. Safeway filed a non-opposition conditioned upon Plaintiff signing a an affidavit indicating that the value of the case is less than $75,000. Docket No. 19. Plaintiff has since signed the affidavit. *See* Docket No. 20, Ex. 1.

**IT IS THEREFORE ORDERED:**
The non-opposed motion for remand at **Docket No. 13** is **GRANTED**.


Entered at the direction of the Honorable Timothy M. Burgess, United States District Judge.


DATE: March 17, 2006